| PROB 22<br>Rev.2/88<br><br>**TRANSFER OF JURISDICTION** | DOCKET<br>NUMBER(Tran.Ct)<br>00-890-CR-SEITZ<br><br>DOCKET NUMBER(Rec.Ct)<br><br>CR05-30049 |
|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Ms. Haydee Rodriguez<br>94 Prospect Street, Apt. 2R<br>Chicopee, Massachusetts  01013 | DISTRICT<br>Southern District of Florida | DIVISION<br>Miami |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Patricia A. Seitz<br>U.S. District Judge | |

| SD/FL PACTS No.  65765 | DATES OF PROBATION<br>SUPERVISED RELEASE | FROM<br>12/09/2004 | TO<br>129/08/2009 |
|---|---|---|---|

OFFENSE 21:952(a): Importation of one or more kilograms of heroin.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

    **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Massachusetts</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| <u>6/15/05</u><br>Date | <u>Patricia G Seitz</u><br>United States District Judge |
|---|---|

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF <u>MASSACHUSETTS</u>

    **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| <u>6·28·05</u><br>Effective Date | <u>Michael A. Ponsor</u><br>United States District Judge |
|---|---|