# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



FILED
IN CLERK'S OFFICE

2005 JUL 11 P 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

July 6, 2005

United States District Court
District of Massachusetts
1550 Main Street
Room 212
Springfield, MA 01103-1422

RE:   *USA v. Haydee Rodriquez*
      Case No. 00-CR-890-Seitz

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: _____
    Clement D. Hammond
    Deputy Clerk

Encl.

| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) 00-890-CR-SEITZ |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED by _____ D.C.<br>JUL 0 5 2005<br>CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI | DOCKET NUMBER(Rec.Ct)<br>CR05-30049 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Ms. Haydee Rodriguez<br>94 Prospect Street, Apt. 2R<br>Chicopee, Massachusetts 01013 | DISTRICT<br>Southern District of Florida | DIVISION<br>Miami | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Patricia A. Seitz<br>U.S. District Judge | | |
| SD/FL PACTS No. 65765 | DATES OF PROBATION SUPERVISED RELEASE | FROM<br>12/09/2004 | TO<br>129/08/2009 |

OFFENSE 21:952(a): Importation of one or more kilograms of heroin.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/15/05 _____ _____
Date                                                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-28-05 _____ _____
Effective Date                                     United States District Judge

AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__Southern__ District of __Florida__

UNITED STATES OF AMERICA
V.

HAYDEE RODRIGUEZ

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 00-890-CR-SEITZ

Margaret Foldes, AFPD/Lilly Ann Sanchez, AUSA
Defendant's Attorney

FILED by ___ D.C.
MAR 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**THE DEFENDANT:**

[X] pleaded guilty to count(s)  One

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 952(a) | Importation of one or more kilograms of heroin. | 10/11/00 | One |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) __Two__ [X] is [ ] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstance

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 4/7/74

Defendant's USM No.: 66445-004

Defendant's Residence Address:

137 Sergeant Street, #B1

Holyoke, MA 01040

Defendant's Mailing Address:

Same

3/13/01
Date of Imposition of Judgment

_Patricia A. Seitz_
Signature of Judicial Officer

Patricia A. Seitz, U.S. District Judge
Name and Title of Judicial Officer

3-13-01
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 7/6/05

AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1 — Reverse

Judgment—Page ___ of ___

AO 245B   (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page   2   of   8  

DEFENDANT:    HAYDEE RODRIGUEZ
CASE NUMBER:  00-890-CR-SEITZ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of   57 months  .

X   The court makes the following recommendations to the Bureau of Prisons:
Defendant participate in bootcamp when eligible. Defendant be placed in a facility as close to Holyoke, Massachusetts as possible so she can be near her four children.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ ☐ a.m. ☐ p.m. on _____.

    ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____.

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
           Sheet 2 -- Reverse -- Imprisonment

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __8__

DEFENDANT:        HAYDEE RODRIGUEZ
CASE NUMBER:   00-890-CR-SEITZ

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term   __5 years__

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

X  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Reverse — Supervised Release

Judgment—Page ____ of ____

DEFENDANT:

DEFENDANT: HAYDEE RODRIGUEZ
CASE NUMBER: 00-890-CR-SEITZ

Judgment—Page 4 of 8

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation, including but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and any other documents requested by the U.S. Probation Office.

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
         Sheet 5, Part A — Criminal Monetary Penalties

Judgment -- Page  5  of  8

DEFENDANT:       HAYDEE RODRIGUEZ
CASE NUMBER:     00-890-CR-SEITZ

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

TOTALS     $ _____     $ _____

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine and/or    ☐ restitution.

   ☐ the interest requirement for the    ☐ fine and/or    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
          Sheet 5, Part B — Criminal Monetary Penalties

Judgment — Page __6__ of __8__

DEFENDANT:      HAYDEE RODRIGUEZ
CASE NUMBER:    00-890-CR-SEITZ

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  **X**  Lump sum payment of $ __100.00__ due immediately, balance due

      ☐ not later than _____ , or
      ☐ in accordance with   ☐ C,   ☐ D, or   ☐ E below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ E below); or

**C**  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 6, Part A — Statement of Reasons

Judgment — Page  7  of  ___

**DEFENDANT:** HAYDEE RODRIGUEZ
**CASE NUMBER:** 00-890-CR-SEITZ

## STATEMENT OF REASONS

☐ The court adopts the factual findings and guideline application in the presentence report.

**OR**

X The court adopts the factual findings and guideline application in the presentence report, except (see attachment, if necessary):

Court granted minor role pursuant to Section 3B1.2, two-level decrease.

**Guideline Range Determined by the Court:**

Total Offense Level:         25
Criminal History Category:   I
Imprisonment Range:   57   to   71   months
Supervised Release Range:   3   to   5   years
Fine Range: $ 10,000   to $ 4,000,000

X Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution:   $   n/a

☐ Discretionary restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(a)(B)(ii) (or in offenses committed before April 23, 1996, pursuant to 18 U.S.C. § 3663(d)).

☐ Restitution pursuant to the mandatory victim restitution provisions is not ordered in this title 18 property offense because the number of identifiable victims is so large as to make restitution impracticable, pursuant to 18 U.S.C. § 3663A(c)(3)(A).

☐ Restitution pursuant to the mandatory victim restitution provisions is not ordered in this title 18 property offense because determining complex issues of fact and related to the cause of amount of the victim's losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process, pursuant to 18 U.S.C. § 3663A(c)(3)(B).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered, pursuant to 18 U.S.C. § 3553(c), for the following reason(s):

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-0890-CR-SEITZ

MAGISTRATE JUDGE GARBER

21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

v.

HAYDEE RODRIGUEZ

_____/

FILED by _____ D.C.
MAG. SEC.
OCT 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

On or about October 11, 2000, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**HAYDEE RODRIGUEZ,**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule I controlled substance, that is, one kilogram or more of a mixture and substance containing a detectable amount of heroin; in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1)(A).

U3NN4J3

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 7/6/05

#7
HR

## COUNT II

On or about October 11, 2000, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**HAYDEE RODRIGUEZ,**

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, one kilogram or more of a mixture and substance containing a detectable amount of heroin; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
RYON McCABE
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CR-SEITZ

UNITED STATES OF AMERICA

CASE NO. 00-0890

v.

MAGISTRATE JUDGE
GARBER

HAYDEE RODRIGUEZ

CERTIFICATE OF TRIAL ATTORNEY

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB  ___ FTP

New Defendant(s)           Yes ___
Number of New Defendants  ___
Total number of counts     ___

FILED by _____ D.C.
MAG. SEC.
OCT ? ? 2000
CLARENCE MADDOX

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_        Petty       ___
   II   6 to 10 days     ___        Minor       ___
   III  11 to 20 days    ___        Misdem.     ___
   IV   21 to 60 days    ___        Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _00-3573-PRP_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _October 11, 2000_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___Yes _x_ No   If yes, was it pending in the Central Region? ___ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

RYON McCABE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0009075

*Penalty Sheet(s) attached

REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

00- 0890 CR-SEITZ

Defendant's Name: Haydee Rodriguez    Case No. MAGISTRATE JUDGE GARBER

Count # I  - Importation of Heroin
             Title 21, U.S.C, § 952

*Max. Penalty: Life Imprisonment
==============================================================
Count #:II - Possession With Intent to Distribute Heroin
             Title 21, U.S.C, § 841

*Max. Penalty: Life Imprisonment
==============================================================
Count #:


*Max. Penalty:
==============================================================
Count #:


*Max. Penalty:
==============================================================
Count #:

_____


*Max. Penalty:
==============================================================
   *Refers only to possible term of incarceration, does not
   include possible fines, restitution, special assessments,
   parole terms, or forfeitures that may be applicable.
==============================================================

```
                                                        BLG      CLOSED
                      U.S. District Court
               Southern District of Florida (Miami)

            CRIMINAL DOCKET FOR CASE #: 00-CR-890-ALL

USA v. Rodriguez                                    Filed: 10/20/00

Other Dkt # 1:00-m -03573

Case Assigned to:  Judge Patricia A. Seitz

HAYDEE RODRIGUEZ (1) , DOB:         Public Defender
4/7/74   Prisoner No. 66445-004       [term   03/14/01]
     defendant                      FTS 536-4559
  [term   03/14/01]                 305-530-7000
                                    [COR LD NTC pda]
                                    Margaret Y. Foldes
                                      [term   03/14/01]
                                    FTS 530-7120
                                    305-536-6900
                                    15th Floor
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    150 W Flagler Street
                                    Miami, FL 33130-1556
                                    305-530-7000


Pending Counts:                     Disposition

21:952=NI.F NARCOTICS IMPORT -      Imprisoned for term of 57
HEROIN                              months and 5 years of
(1)                                 supervised    release;
                                    Assessment $100
                                    (1)


Offense Level (opening): 4


Terminated Counts:                  Disposition

21:841A=ND.F POSSESS WITH           Dismissed
INTENT TO DISTRIBUTE HEROIN         (2)
(2)


Offense Level (disposition): 4
```

Docket as of July 6, 2005 9:04 am                Page 1

*[Certification stamp: Certified to be a true and correct copy of the document on file. Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida. By [signature], Deputy Clerk. Date 7/6/05]*

Proceedings include all events.                                                BLG
1:00cr890-ALL USA v. Rodriguez                                                 CLOSED

Complaints                                        Disposition

Import Heroin into the United
States; Possess With the
Intent to Distribute Heroin.
21:952(a); 841(a)(1)
[ 1:00-m -3573 ]

Docket as of July 6, 2005 9:04 am                 Page 2

```
Proceedings include all events.                                         BL3
1:00cr890-ALL USA v. Rodriguez                                       CLOSED

HAYDEE RODRIGUEZ, DOB: 4/7/74 Prisoner No. 66445-004
              defendant


===========================

USA

              plaintiff


U. S. Attorneys:

  Ryon M. McCabe
  Below Address Terminated on 10/23/02
  FTS 536-7213
  305-961-9155
  Suite 700
  [COR LD NTC]
  Lilly Ann Sanchez
  FTS 536-4675
  305-961-9015
  [COR LD NTC]
  United States Attorney's Office
  99 NE 4 Street
  Miami, FL 33132
  305-961-9000

  PTS Officer
  305-808-6500
  [COR LD NTC]
  Pretrial Services Office
  330 Biscayne Boulevard
  Miami, FL 33132

  Probation Officer
  FTS 523-5497
  305-523-5300
  [COR LD NTC]
  United States Probation Office
  300 NE 1st Avenue
  Room 315
  Miami, FL 33132-2126
  305-523-5300
```

```
Proceedings include all events.                                          BLG
1:00cr890-ALL USA v. Rodriguez                                        CLOSED

10/11/00 --      ARREST of Haydee Rodriguez
                 [ 1:00-m -3573 ] (md) [Entry date 10/12/00]

10/12/00 1       REPORT Commencing Criminal Action as to Haydee Rodriguez
                 DOB: 4/7/74   Prisoner # 66445-004
                 [ 1:00-m -3573 ] (md) [Entry date 10/12/00]

10/12/00 2       COMPLAINT as to Haydee Rodriguez (import; pwid heroin)
                 [ 1:00-m -3573 ] (md) [Entry date 10/12/00]

10/12/00 3       ORDER on Initial Appearance as to Haydee Rodriguez. Bond
                 set to $50,000 corporate surety with nebbia (no hearing
                 held). Bond hearing set for 10:00 10/13/00. for
                 Appointment of Public Defender Arraignment set for 10:00
                 10/26/00; Preliminary examination set for 10:00 10/26/00
                 before Duty Magistrate, ,  ( Signed by Magistrate Peter
                 R. Palermo on 10/12/00) Tape #00E-30-525 CCAP
                 [ 1:00-m -3573 ] (md) [Entry date 10/12/00]

10/13/00 --      Bond hearing as to Haydee Rodriguez  held
                 [ 1:00-m -3573 ] (md) [Entry date 10/16/00]

10/13/00 4       ORDER as to Haydee Rodriguez to Set Bond.  Bond reset to
                 $25,000 corporate surety with nebbia (hearing held)
                 (Signed by Magistrate Peter R. Palermo on 10/13/00) CCAP
                 [EOD Date: 10/16/00] Tape # 00E-30-1839
                 [ 1:00-m -3573 ] (md) [Entry date 10/16/00]

10/19/00 5       MOTION by Haydee Rodriguez to preserve evidence
                 [ 1:00-m -3573 ] (md) [Entry date 10/20/00]

10/19/00 6       DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                 Haydee Rodriguez
                 [ 1:00-m -3573 ] (md) [Entry date 10/20/00]

10/20/00 7       INDICTMENT as to Haydee Rodriguez (1) count(s) 1, 2
                 (Criminal Category 1) (Preliminary Examination cancelled.)
                 (hr) [Entry date 10/23/00]

10/20/00 --      Magistrate identification:  Magistrate Judge Garber (hr)
                 [Entry date 10/23/00]

10/25/00 8       ORDER as to Haydee Rodriguez  granting [5-1] motion to
                 preserve evidence as to Haydee Rodriguez (1) ( Signed by
                 Magistrate Peter R. Palermo on 10/24/00) CCAP [EOD Date:
                 10/26/00] CCAP (hr) [Entry date 10/26/00]

10/26/00 9       ARRAIGNMENT INFORMATION SHEET for Haydee Rodriguez (1)
                 count(s) 1, 2    NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (hr) [Entry date 10/30/00]
```

```
Proceedings include all events.                                         BLG
1:00cr890-ALL USA v. Rodriguez                                       CLOSED

10/26/00   10    STANDING DISCOVERY ORDER as to Haydee Rodriguez   all
                 motions concerning matters not covered by this order must
                 be filed within 28 days of this order ( Signed by
                 Magistrate Ted E. Bandstra on 10/26/00)   CCAP (hr)
                 [Entry date 10/30/00]

11/1/00    11    RESPONSE to Standing Discovery Order by USA  as to Haydee
                 Rodriguez (hr) [Entry date 11/02/00]

11/2/00    12    ORDER as to Haydee Rodriguez  set Jury trial for 12/4/00
                 for Haydee Rodriguez   before Judge Patricia A. Seitz,
                 set calendar call for 1:15 11/29/00 for Haydee Rodriguez
                 before Judge Patricia A. Seitz ( Signed by Judge Patricia
                 A. Seitz on 11/1/00) CCAP [EOD Date: 11/3/00] CCAP (hr)
                 [Entry date 11/03/00]

12/13/00   13    Plea Agreement as to Haydee Rodriguez (hr)
                 [Entry date 12/14/00]

12/13/00   14    Minutes of change of plea hearing held on 12/13/00  before
                 Judge Patricia A. Seitz as to Haydee Rodriguez ; GUILTY:
                 Haydee Rodriguez (1) count(s) 1  Court Reporter Name or
                 Tape #: D. Ehrlich (hr) [Entry date 12/14/00]

12/13/00   15    NOTICE of Hearing as to Haydee Rodriguez :  setting
                 Sentencing for 8:30 2/22/01 for Haydee Rodriguez   before
                 Judge Patricia A. Seitz (hr) [Entry date 12/14/00]

2/12/01    16    OBJECTIONS by Haydee Rodriguez to Presentence Investigation
                 Report (wc) [Entry date 02/13/01]

2/15/01    17    NOTICE of Hearing as to Haydee Rodriguez : Resetting
                 Sentencing for 9:00 3/13/01 for Haydee Rodriguez   before
                 Judge Patricia A. Seitz (ls) [Entry date 02/16/01]

2/21/01    18    RESPONSE to [16-1]  Objections to Presentence Investigation
                 Report by USA as to Haydee Rodriguez (ls)
                 [Entry date 02/22/01]

3/13/01    19    Minutes of sentencing held on 3/13/01 before Judge Patricia
                 A. Seitz as to Haydee Rodriguez ; Court Reporter Name or
                 Tape #: David Ehrlich (dg) [Entry date 03/14/01]

3/13/01    --    Sentencing  held Haydee Rodriguez (1) count(s) 1 (dg)
                 [Entry date 03/15/01]

3/14/01    20    JUDGMENT as to  Haydee Rodriguez (1) count(s) 1.
                 Imprisoned for term of 57 months and 5 years of supervised
                 release; Assessment $100 , Haydee Rodriguez (1) count(s) 2.
                 Dismissed  (Signed by Judge Patricia A. Seitz on 3/13/01)
                 CCAP [EOD Date: 3/15/01]   CCAP (dg) [Entry date 03/15/01]
```